BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of GEORGE SMITH, Respondent, against PACKARD BUFFALO MOTOR CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no competent evidence to establish the fact found that the claimant was suffering from a quiet, dormant, latent and inactive syphilitic condition at the time of the accident, but the proof is that he had been suffering from locomotor ataxia or tabes dorsalis and chorea since 1919; and further, that there is no competent evidence to establish that the disability of the claimant for the period of the award was due to the accident sustained on July 28, 1928, but the proof is that it arose in a preexisting disease. All concur.

In the Matter of the Claim of MILDRED LIGOURI, Respondent, against PERSCHE & BERGER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FLOYD ARNINK, Respondent, against E. L. CAFLISCH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of Matter of Cameron v. Ellis Const. Co. (252 N. Y. 394). All concur.

In the Matter of the Claim of KATHRYN B. McNAMARA, Respondent, against LOURDES HOSPITAL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARGARET M. MANLEY, Respondent, against IROQUOIS GAS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of SARAH DOWLING, Respondent, against SUPERIOR HOUSE AND WINDOW CLEANING COMPANY, Appellant. STATE INSURANCE FUND, Insurance Carrier.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRANK FERRARO, Appellant, against THE WILLIAM F. KENNY COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of I. CHISM, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Whitmyer, J., not sitting.

In the Matter of the Claim of ELVA GULLIFER, Respondent, against CHR. HANSEN'S LABORATORY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of Matter of Cameron v. Ellis Const. Co. (252 N. Y. 394). All concur.

In the Matter of the Claim of ANNA C. BORST, Respondent, against THE ULSTER & DELAWARE RAILROAD COMPANY, Appellant. STATE INDUSTRIAL